No. 8. IN RE FRANCISCO FIGUEROA MAESTRE, QUERELLADO.— Procedimiento de disbarment. Moción del Fiscal para que se nombre un *referee* para recibir la prueba. Resuelto en junio 9, 1913. Con lugar la moción y se nombra al Hon. Mar-

tín Travieso, Jr., como *referee*. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal*. Abogados del querellado: *Sres. Jacinto Texidor* y *Manuel Benítez Flores*.